928 F.2d 274
 EUERLE FARMS, Gerald Euerle, B & P Living Trust, William T.
Burgmeier, Rita Burgmeier, TRJ Corporation, T. Ray Johnson,
Gerda Johnson, Thomas Johnson, Lisa Johnson, Lee Rose Acres
Living Trust, Leander Citrowske, Estate of Rose Mary
Citrowske, deceased, A & G Farm Company, Gerlad Christenson,
Anita Christenson, L & M Living Trust, Leland F. Erickson,
Marita M. Erickson, Pacific Living Trust, Marvin Finstrom,
Geraldine Finstrom, Dithmarsia Living Trust, Karl H. Peters,
Lavonne Peters, Paul E. Kuball, Grace J. Kuball, Duane C.
Hanson, Carol A. Hanson, John T. Tersteeg, Elizabeth
Tersteeg, G & H Farms, Inc., Earl R. Miller, Marlys E.
Miller, L & H Living Trust, Harold Fenske, Laurel Fenske,
Gary Stedman, June Stedman, Merlyn Yagow, Delores Yagow,
Pioneer Life Trust, Chester Brakke, Alice Brakke, Western
Life Trust, Ronald Brakke, Estate of Jean Brakke, deceased,
MV Trust, RD Trust, Walter Sands, Vivian Sands, Roger Sands,
Dennis Sands, Sands Brothers, T.J. Borchardt, Delila
Borchardt, 3J Living Trust, Joe M. Obrigewitch, Jr.,
Magdalena Obridgewitch, Genevieve Obridgwitch, Appellants,
v.
FARM CREDIT SERVICES OF ST. PAUL, Appellee,
Federal Farm Credit Banks Funding Corporation,
Farm Credit Bank of St. Paul, Federal Land Bank Association
of Willmar, Federal Land Bank Association of Rochester,
Federal Land Bank Association of Marshall, Federal Land Bank
Association of Morris, Federal Land Bank Association of
Alexandria, Appellees,
Federal Land Bank Association of St. Paul,
Federal Land Bank Association of Redwood Falls, Federal Land
Bank Association of Mankato, Federal Land Bank Association
of Fargo, Federal Land Bank Association of Mandan, Federal
Land Bank Association of Minot, Farm Credit Services of West
Central Minnesota, Farm Credit Services of Mankato,
Production Credit Association of Rochester, Production
Credit Association of Minnesota Valley, Production Credit
Association of Madison, Production Credit Association of
Fairmont, Production Credit Association of Fargo, Production
Credit Association Mandan, Appellees,
Donald Hathaway, Keith Elliott, Michael McGuire, David
Overboe, Madelyne Runck, Clayton Runck, Kraig
Runck, Lanny Runck, Anthony Petterson,
Sheridon Erickson,
Bob Wingenbach, Deino Sather, Larry Gjermundson, Stuart
Ternes, Berdette Howe, Michael O'Keefe, Bradley Bakker,
Jerry Fast, Mark Brown, James Hanson, Ronald Kopischke,
Robert Zager, Dean Peterson, Dick Gerhardt, Harold Eichoff, Appellees,
Roes, One thru Ten, John Does, One thru Fifteen, Farmer
Joes, One thru Seven.
 No. 90-5485.
 United States Court of Appeals,
Eighth Circuit.
 Submitted March 14, 1991.
Decided March 18, 1991.
 
 John E. Mack, New London, Minn., for appellants.
 Thomas L. Kimer and Richard Duncan, Minneapolis, Minn., for appellees.
 Before McMILLIAN, FAGG, and MAGILL, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appellants, a large group of individual and corporate farmers, appeal from the district court's dismissal of their suit to force appellees to comply with the Agriculture Credit Act of 1987, 12 U.S.C. Secs. 2001 to 2279aa-14 (1988).
 
 
 2
 In Zajac v. Federal Land Bank, 909 F.2d 1181, 1182-83 (8th Cir.1990) (en banc), this court held the Act does not create a private cause of action. We now reject the appellants' argument that Zajac is limited to section 2202a of the Act. We see no reason to treat individual sections of the Act differently. Because the appellants' federal claims were dismissed, the district court also properly dismissed the pendent state-law claims.
 
 
 3
 Accordingly, we affirm.